UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARRIER CREDIT SERVIES, INC.,** as agent for
**SEA STAR LINE, LLC,**

    **Plaintiff,**

v.                                                    Case No. 3:05-cv-21-J-99MMH

**HERMANOS SANTIAGO CASH & CARRY, INC.**

    **Defendant.**

_____/

## ORDER

Before the Court is Plaintiff's Motion for Final Default Judgment (Doc. No. 8, filed July 5, 2005) brought pursuant to Fed. R. Civ. P. 55. It appears to the Court that the Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and that the Clerk entered default on April 13, 2005. It also appears that the Defendant is neither an infant nor an incompetent person and is not presently in the military service of the United States of America. And it appears that Plaintiff's claim is for a sum certain or for a sum which can by computation be made certain.

**WHEREFORE**, Plaintiff's Motion (Doc. No. 8) is **GRANTED**. The Clerk is directed to enter Judgment in favor of the Plaintiff, Carrier Credit Services, Inc., and against the Defendant, Hermanos Santiago Cash & Carry, Inc., for the following amounts:

    1.) Demurrage Detention Charges in the amount of $2,845.00;

    2.) "Collection Expense Fee" in the amount of $995.75;

    3.) Attorney's docket fee, pursuant to 28 U.S.C. § 1923(a), in the amount of $20,

4.) Filing fee in the amount of $150.00,

5.) Service of Process in the amount of $25.00, and

6.) Interest accrued at the rate of 7% per annum (or 0.55 per day from September 14, 2004 through the date of Judgment).

The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this __ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Thomas Vincent Halley, Esq.
Hermanos Santiago Cash & Carry, Inc.